IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-30896
_____


GERALDINE R CAMPBELL,

                    Plaintiff - Appellant,

     v.

KROGER COMPANY INCORPORATED,

                    Defendant - Appellee.


_____

Appeal from the United States District Court
for the Western District of Louisiana
(96-CV-1987)
_____
August 6, 1998

Before KING, SMITH, and PARKER, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5TH CIR. R. 47.6.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.